# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise Marie Wharton<br>Harry Raymond Wharton<br>                Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, its successors and/or assigns<br>                Movant<br>vs. | NO. 18-01087 HWV |
| Denise Marie Wharton<br>Harry Raymond Wharton<br>                Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br>                Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about **4/29/2022**.

                Respectfully submitted,

                /s/ Rebecca A. Solarz, Esq.
                _____
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: 4/29/2022