United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Harry Raymond Wharton  
Denise Marie Wharton  
    Debtors

Case No. 18-01087-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 08, 2023      Form ID: ordsmiss      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harry Raymond Wharton, Denise Marie Wharton, 1789 Brentwood Court, Middletown, PA 17057-3472 |
| 5036358 | | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17121-0946 |
| 5036361 | + | HUD/FHA, PO BOX 8079, PHILADELPHIA, PA 19101-8079 |
| 5036365 | + | MABT/TOTVISA, 5109 S BROADBAND LANE, SIOUX FALLS, SD 57108-2208 |
| 5036366 | + | PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JPMORGANCHASE | Mar 08 2023 23:45:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5036352 | + | Email/Text: bankruptcy@acimacredit.com | Mar 08 2023 18:38:00 | ACIMA, 9815 S MONROE STREET, SANDY, UT 84070-4297 |
| 5036353 | | EDI: WFNNB.COM | Mar 08 2023 23:45:00 | CB/BON, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5036357 | | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Mar 08 2023 18:38:00 | COMM OF PA DEPT L&I, READING B&C UNIT UTCS, 625 CHERRY ST ROOM 203, READING, PA 19602-1152 |
| 5036359 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 08 2023 18:38:00 | CONSUMER PORTFOLIO SERVICES INC, PO BOX 57071, IRVINE, CA 92619-7071 |
| 5036364 | | Email/Text: cfcbackoffice@contfinco.com | Mar 08 2023 18:38:00 | MABT/CONTFIN, PO BOX 8099, NEWARK, DE 19714 |
| 5036354 | | Email/Text: cfcbackoffice@contfinco.com | Mar 08 2023 18:38:00 | CELTIC/CONT, PO BOX 8099, NEWARK, DE 19714 |
| 5036360 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2023 18:53:55 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5036362 | | EDI: IRS.COM | Mar 08 2023 23:45:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5036355 | | Email/Text: info@pamd13trustee.com | Mar 08 2023 18:38:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5036356 | | EDI: JPMORGANCHASE | Mar 08 2023 23:45:00 | CHASE HOME FINANCE, BANKRUPTCY DEPARTMENT, 3415 VISION DRIVE, COLUMBUS, OH 43219 |
| 5062335 | | EDI: JPMORGANCHASE | Mar 08 2023 23:45:00 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 5288746 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5288745 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2023 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5036677 | + | EDI: RECOVERYCORP.COM | Mar 08 2023 23:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5036367 | | Email/Text: ecfbankruptcy@progleasing.com | Mar 08 2023 18:38:00 | PROGRESSIVE FINANCE, 11629 SOUTH 700 EAST, STE 250, DRAPER, UT 84020 |
| 5064775 | | EDI: Q3G.COM | Mar 08 2023 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5062965 | | EDI: AIS.COM | Mar 08 2023 23:45:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5036368 | + | EDI: BLUESTEM | Mar 08 2023 23:45:00 | WEBBNK/FHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 5036369 | + | EDI: BLUESTEM | Mar 08 2023 23:45:00 | WEBBNK/FSTR, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5036363 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Denise Marie Wharton DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |

Dorothy L Mott
    on behalf of Debtor 1 Harry Raymond Wharton DorieMott@aol.com
    karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

Kara Katherine Gendron
    on behalf of Debtor 1 Harry Raymond Wharton
    karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron
    on behalf of Debtor 2 Denise Marie Wharton
    karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kevin S Frankel
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

Kristen D Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Harry Raymond Wharton,   Chapter  13

**Debtor 1**

Case No.   1:18−bk−01087−HWV

Denise Marie Wharton,

**Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 8, 2023

ordsmiss (05/18)